IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ELIZABETH DOMEL, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:18-CV-801-LY |
| | § | |
| JPMORGAN CHASE BANK, N.A., | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

On this same date, the court rendered an order dismissing Plaintiff's cause of action with prejudice. Accordingly, the court render the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _10th_ day of July, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE